**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DENISE MONTANO,<br>               *Plaintiff*<br><br>-vs-<br><br>THE CHEESECAKE FACTORY<br>RESTAURANTS, INC.,<br>               *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-00855-XR |

**<u>ORDER</u>**

1.  Per the parties' stipulation, the Court hereby dismisses this case with prejudice.

2.  All claims that Plaintiff Denise Montano has brought or could have brought in this lawsuit are dismissed with prejudice.

3.  Plaintiff shall take nothing against Defendant The Cheesecake Factory Restaurants, Inc.

4.  Each side will bear their own costs.

5.  This is a final order that disposes of all claims and parties.

It is so **ORDERED**.

**SIGNED** this 23rd day of October, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE